No. 87–1359.   DEMENNO/KERDOON v. UNITED STATES; and
No. 87–1380.   TIPPERARY REFINING CO. v. UNITED STATES. C. A. Fed. Cir.   Certiorari denied.   Reported below: 833 F. 2d 301.

No. 87–1365.   AIUPPA v. UNITED STATES;
No. 87–1409.   LAPIETRA v. UNITED STATES;
No. 87–1419.   CERONE v. UNITED STATES;
No. 87–1446.   LOMBARDO v. UNITED STATES; and
No. 87–1543.   ROCKMAN v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.   Reported below: 830 F. 2d 938.

No. 87–1369.   LAFORTE ET AL. v. HORNER, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT, ET AL.   C. A. Fed. Cir.   Certiorari denied.

No. 87–1373.   BOWERS ET AL. v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 87–1403.   FREEMAN v. GEORGIA.   Ct. App. Ga.   Certiorari denied.

No. 87–1404.   NAMER v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 87–1424.   VIRGINIA EX REL. STATE BOARD OF ELECTIONS v. KILGORE ET AL.; and
No. 87–1573.   KILGORE ET AL. v. VIRGINIA EX REL. STATE BOARD OF ELECTIONS ET AL.   C. A. 4th Cir.   Certiorari denied. Reported below: 829 F. 2d 1319.

No. 87–1431.   LANZARO, MONMOUTH COUNTY SHERIFF, ET AL. v. MONMOUTH COUNTY, NEW JERSEY, CORRECTIONAL INSTITUTIONAL INMATES, ET AL.   C. A. 3d Cir.   Certiorari denied.   ■

No. 87–1451.   ROACH v. NATIONAL TRANSPORTATION SAFETY BOARD ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 87–1529.   PSGROUP v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA (PRICE ET AL., REAL PARTIES IN INTEREST).   C. A. 9th Cir.   Certiorari denied.